■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES PALUMINO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (G. Aronin, J.), rendered March 22, 1988, convicting him of robbery in the second degree and assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the verdict sheet submitted to the jury deprived him of a fair trial is unpreserved for appellate review as a matter of law since he failed to object to its submission (see, *People v Martinez*, 150 AD2d 612; *People v Ribowsky*, 156 AD2d 726) and we decline to review it in the exercise of our interest of justice jurisdiction, given the overwhelming evidence of the defendant's guilt (see, *People v*

*Mathis,* 150 AD2d 613; *People v McKenzie,* 148 AD2d 472).
Thompson, J. P., Eiber, Balletta and O'Brien, JJ., concur.